UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAZME, LLC d/b/a Alliance
Recycling Group,

            Plaintiff:

     v.                         Case No. 0:25-cv-01036-JRT-ECW

Trinity Logistics, Inc.,
d/b/a Trinity Logistics
of Delaware, Inc.,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

VIDEO DEPOSITION

        The following is the video deposition of

KELSEY VAIL, taken before Jean F. Soule, Notary

Public, Registered Professional Reporter, pursuant

to Notice of Taking Deposition, at the law office

of Eckland & Blando, LLP, 100 Washington Avenue

South, Suite 1500, Minneapolis, Minnesota,

commencing at 10:05 a.m., CDT, Monday,

October 6, 2025.

                        *    *    *

**EXHIBIT B**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

 LEXITAS

APPEARANCES:


    On Behalf of the Plaintiff:

        Bradley R. Armstrong, Esquire
        MOSS & BARNETT
        150 South Fifth Street
        Suite 1200
        Minneapolis, Minnesota 55402
        Phone: (612) 877-5359
        e-mail: Bradley.Armstrong@lawmoss.com


    On Behalf of the Defendant:

        Aaron M. Bostrom, Esquire
        ECKLAND & BLANDO, LLP
        100 Washington Avenue South
        Suite 1500
        Minneapolis, Minnesota 55401
        Phone: (612) 236-0160
        e-mail: abostrom@ecklandblando.com


    The Videographer:  Mr. Stephen Smith

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

DEPOSITION REFERENCE INDEX


EXAMINATION:

By Mr. Bostrom: 6


REFERENCE TO PREVIOUSLY MARKED EXHIBITS

Exhibit No. 2.........................................97

Exhibit No. 3.........................................98

Exhibit No. 5........................................100

Exhibit No. 6........................................104

Exhibit NO. 7........................................106


EXHIBIT REFERENCE INDEX

Exhibit No. 8 - TL 059 through 076, Terms of

    Service.........................................60

Exhibit No. 9 - Invoice and Bill of Lading.......64

Exhibit No. 10 - ALLIANCE000077 through 90,

    December 2024 e-mails between Vail, Onate,

    Generoso, Kvasnick, plus attachments........70

Exhibit No. 11 - TL003 to 001, December 10/11,

    2024 e-mails between Vail and Generoso

    and Onate.......................................79

Exhibit No. 12 - Temporary Commercial

    Driver's License, Application Name

    Osman, Ahmed Siraj...........................91

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Exhibit No. 13 - TL 021, Straight Bill of

Lading - Short Form, B/L No. 435044.........92

Exhibit No. 14 - TL 018 through 020,

Rate Confirmation - Trinity Logistics,

Inc. Reference #8658214.....................94

Exhibit No. 15 - TL 047 through 058,

Minneapolis Police Report.................115

Exhibit No. 16 - ALLIANCE 000028, January 10,

2025 e-mail between Minneapolis Police

and witness...............................120

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

P R O C E E D I N G S

Whereupon, the video deposition of KELSEY VAIL was commenced at 10:05 a.m. as follows:

* * *

THE VIDEOGRAPHER:  Good morning.  We are on the record.  Today's date is October 6th, 2025, and the time is 10:05 a.m., Central Daylight Time.

This is the video-recorded deposition of Kelsey Vail in the matter of JAZME, LLC versus Trinity Logistics, Incorporated, Case Number 0:25-cv-01036-JRT-ECW in the United States District Court, District of Minnesota.  This deposition is being held at Eckland & Blando, LLP, 100 Washington Avenue South, Suite 1500 in Minneapolis, Minnesota.

The reporter's name is Jean Soule. I'm Stephen Smith, I'm the legal videographer.  We are both with Lexitas Legal.

Would the attorneys present please introduce themselves and the parties they represent.

MR. BOSTROM:  Aaron Bostrom, on behalf of Trinity Logistics.

MR. ARMSTRONG:  Bradley Armstrong, on behalf the Plaintiff, JAZME, LLC.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

THE VIDEOGRAPHER:  Thank you very much.

The court reporter will now swear in the witness and we may proceed.

THE COURT REPORTER:  Please raise your right hand.  You do solemnly swear the testimony you're about to give in this matter shall be the truth, the whole truth, and nothing but the truth so help you God?

MS. VAIL:  Yes.

*   *   *

KELSEY VAIL,

after having been first duly sworn,

deposes and says under oath as follows:

***

EXAMINATION

BY MR. BOSTROM:

Q.   All right.  Good morning.

A.   **Good morning.**

Q.   How are you today?

A.   **Good.**

Q.   Can you state your full name for the record?

A.   **Kelsey Lynn Vail.**

Q.   Can you spell that as well?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

A.        2007.

Q.        And did you attend college after that?

A.        Yes.

Q.        Where did you attend college?

A.        Northern Michigan University in Marquette, Minnesota.

Q.        Okay.  And when did you graduate from college?

A.        2011.  And I also attended college in Fort Collins, Colorado, at Colorado State University and graduated in 2014.

Q.        Okay.  And what were your degrees in?

A.        Environmental Science with an emphasis in Biology, and Environ -- or, excuse me, Tourism and Management, with a Master's, at Colorado state.

Q.        Okay.  And after you graduated from college, can you tell me the different jobs that you've held?

A.        Yes.  Let's see, National Park Service -- um, hold on, let's see.  Yeah, National Park Service at -- or Lory State Park -- sorry. Lory State Park in Colorado, Fort Coll -- or Bellevue, Colorado, as a Title 33 Park Ranger, so a seasonal park ranger; an interpretive nationalist, Camp Verde, at Montezuma Castle National

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Monument-Well and Tuzigoot National Monument; and, then, Target for a little while, while getting my Master's Degree; then with the National Park Service, Rocky Mountain National Park, as a visitor use assistant for park entrances and campgrounds, management of campgrounds; and then went into health care for a little bit when I moved back to Minnesota, with Medica; then with MOBE, LLC, which is another health care company; and then RCIS, which is crop insurance; then with Fairview Health, doing -- I forget what it's called, reception work, basically; and then with JAZME, LLC, after that, or Alliance Recycling Group; and then now to Palmer Lake Elementary as a resource manager.

Q.   Okay.  Thank you.

A.   Yep.

Q.   And when did you join Alliance Recycling Group?

A.   Um, let's see, January of 2020.

Q.   And what position were you hired for?

A.   An executive assistant.

Q.   And in that job were you -- who were you assisting?

A.   Corey Kvasnick.

Q.   And what was his role at Alliance?

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179
EXHIBIT
B

LEXITAS

A.      He is the CEO of non-ferrous.

Q.      And can you explain to me what non-ferrous is?

A.      Nonmagnetic metals for scrap metal, so copper, aluminum, tin, brass, a variety of nonmagnetic metals.

Q.      Okay.  And was that the position you held for the remainder of your time at Alliance?

A.      Yes.

Q.      And when did you stop working at Alliance?

A.      July -- June or July of 2025.

Q.      And why did you stop working at Alliance?

A.      A change, a change for a -- basically something that would work with my family, a schedule change.

Q.      Can you tell me a little bit about the type of business that Alliance Recycling Group is?

A.      Yep.  So they take a lot of scrap metal from either businesses -- they focus on working with businesses.  So they do ferrous, so magnetic metals, like steel, and nonmagnetic metal scraps that come from all these manufacturing companies, as well as working with retail yards for

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

that work with the public, they take all of their scrap metal, and we'll buy it from them and they'll ship it to us.  We'll pay for it, and then we'll basically package it up into packages and then send it out, domestic or export it, to refineries for them to be melted and, basically, make new metal.

Q.    Okay.  So, essentially, Alliance will buy the metal from -- from different places?

A.    Uh-huh.

Q.    And then sell it to different refineries?

A.    Yep.

Q.    Okay.  When you worked with Alliance, did you have a sense of how many employees that it had?

A.    Fifty to a hundred.

Q.    And did those employees work at different locations?

A.    Yes.  They worked at 81 Saint Anthony, 115th 1st Avenue.  They had another location off of University Avenue in Minneapolis, and, then, they have two locations, Simko in Superior, Wisconsin, and Bay Side in Duluth, Minnesota.

Q.    Okay.  And are all of these locations similar in the -- in the things that they do?

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Q.    And can you tell me what their positions and roles were?

A.    Shane Betz, Thomas Rogers, and David are owners.  And Shane Betz mainly deals with ferrous, our buying and selling.  Same with Thomas.  And David, I'm not sure --

Q.    Okay.

A.    -- what his main role is.

Q.    Do you know who Gina Sapia is?

A.    Yes.

Q.    Who is she?

A.    She's a controller.  And she works at that location as well.

Q.    At the University Avenue one?

A.    Yes -- or not the University, the 115th location.  Sorry.

Q.    All right.  Yeah, no, that's my mistake.

A.    Yep.

Q.    And what does she do as a controller?

A.    Handles all of like the money, make sure everything -- budgets and things like that are lined up, make sure that we're making money.

Q.    How many employees approximately worked at the St. Anthony location?

EXHIBIT
B



A.      Thirty to forty maybe.

Q.      And what were the different positions that these employees would hold?

A.      In the office, the executive assistant, three sales guys that go around town, look for buying purposes, or buyers they're called, Corey Kvasnick is the CEO of non-ferrous, the sales manager Shane Alsdurf, and Lisa Vander -- Vanderberg, she's HR.  And, then, the rest are out in the warehouse, either sorting and moving product around, loading trucks.  We've got the scale operator, Luke Guertz, and, then, a warehouse manager, Melvin Hernandez.

Q.      You may have mentioned this before, but who generally at the Saint Anthony location handles the sale of the metals to buyers on the outside?

A.      Corey Kvasnick.

Q.      Okay.  Did you also play a role in that?

A.      No.

Q.      As an executive assistant, what sort of responsibilities and duties did you have at Alliance?

A.      I handled the logistics, so setting up

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

trucks, working with brokers or asset-based companies. I handled all the exports, making sure shipping containers got loaded and that we got them on time and were able to get them out to the rail yard so they can be distributed.

I also handled like office manager duties, making sure supplies and things like that were ordered. I spoke directly with sellers or their assistants, making sure that everything was good to go, that sales orders and purchase orders were all in order, and some maintenance duties, like painting the office.

Q. Okay. Sounds like you wore a lot of hats.

A. Yeah, I wore a lot of hats.

Q. Okay. For this role, did you undergo any specific training or orientation?

A. Worked directly with Corey on slowly learning the systems and things like that and connecting -- he, basically, had me -- helped me connect with the people that we needed to for selling, purchasing, and working with logistics. So it was a slow rollout.

Q. So once Alliance makes a sale on a load, how does that load get to the buyer?

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F – California Firm Registration #179

EXHIBIT
B

LEXITAS

A.      So, when a sale is made -- excuse me. When a load is made up and ready to ship, I get told by Corey this is ready to go. So I reach out to brokers that -- or asset-based companies, and I send out a schedule saying, hey, this needs to go out on this date, like the week before it needs to ship, send it out. And then I ask for quotes back on what the rates will be for that week to get the shipment out.

And then I go through and I pick the ones that I trust the most with getting shipments out. And then I send over -- once I confirm I send a load tender or a confirmation over to the broker or the asset-based carrier confirming the rate, where it's picking up, dates, and where it's going to be delivering, for it to get there.

And then the broker, we have a conversation, you know, in there. If they have any additional questions, I let them know. And then they send in a truck. They go off of their boards, however it works, they call it the board, where the truckers can pick and choose. And then they send it in our way, and we confirm the information with the broker, when it comes in, and we load the truck.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

And then the driver -- the driver calls on his cell phone, we -- to confirm that information with our scale operator.  And then the scale operator, if they have any questions, will contact me.  Otherwise we'll -- if everything matches, we'll load the truck.

And then we come out, and then when the driver scales out, after calling the operator, I see them -- or I would see them and hand them over the shipping paperwork.  Depending on the load, we would take a copy of the driver's license and then hand over the shipping paperwork.  And they'll sign a copy, and I receive the signed copy and they get their copies.  And then the driver gets the seal, puts the seal on the truck in the back, and then he's off on their merry way.

Q.    I think you mentioned that you reached out to like a broker or a 3PL and, then, you also mentioned asset-based carrier; is that right?

A.    Yes.  So asset-based is, basically, the owners of the trucks.  So you have some people that own their trucks.  So I work directly with the company that owns the trucks.

Q.    Okay.  That makes sense.

A.    Yep.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT B

LEXITAS

Q.    And when you reach out to different brokers or asset-based carriers, how do you decide who to reach out to for -- on a specific load?

A.    The ones that I've used -- I have the longest history with, I've worked with the most and closely and haven't had really any issues with. And, then, especially depending on the loads, I go off of trustworthies and, basically, if they show up on time and can keep their stuff together and then -- yeah.

Q.    Is there any sort of special process for starting to work with a certain 3PL or asset-based carrier for the first time?

A.    It's been a while since I've had that, because I've connected -- I had such good con -- connections with that I've worked mainly with those.  So it's been a while.  So I can't remember --

Q.    Okay.

A.    -- what the process was.

Q.    Do you remember how -- how many different 3PLs or asset-based carriers that you had -- would generally be working with at a particular time?

A.    Let's see, two to three asset-based

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Kelsey Vail
October 06, 2025                                                    Page 22

carriers, and between two and four brokers or 3PL.

Q.    Okay.  Do you remember the names of these 3PLs that you worked with primarily?

A.    Trinity Logistics, Buchanan Logistics, RWB, and I think that's it.

Q.    Okay.  I know you said that you didn't remember the exact specifics on how you started working with a particular 3PL, but was that something that would be handled completely by yourself?

A.    Yes.

Q.    Okay.  When Alliance would use these 3PLs, was there any understanding about any terms or conditions of service regarding using their services?

A.    Some companies would give me a contract to sign, go through the contract, the majority would.  I would sign the contract, look at it.  We'd make sure that they had insurance set up in case there was an issue, that they'd have the correct amount of insurance to cover loads and -- yeah.

Q.    Did anyone else review these contracts?

A.    No.

888-893-3767
www.lexitaslegal.com        Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B



Q.    Do you remember if Cannon had this type of contracts?

A.    **Cannon?**

Q.    Wasn't that one of the 3PLs you mentioned?

A.    **Buchanan?**

Q.    Buchanan.  Thank you.

A.    **Buchanan.  I think so.**

Q.    Do you remember if -- was it R and -- WMB?

A.    **RWB?**

Q.    Yeah.

A.    **RWB?**

Q.    Do you remember if they had one as well?

A.    **Yes.**

Q.    What about Trinity Logistics?

A.    **Um, yes and no.  So they -- when I worked first with Trinity Logistics a while ago, with Chris Onate, there was a contract.  When he went to a different company and then bought like his little franchise, there was no contract signed.**

Q.    Can you tell me a little bit more about that?  I think you mentioned Chris Onate being one place and then being on his own later

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

after that?

A.      Yes.  So he lived in Chicago, from what I remember.  And he had a -- worked with Trinity Logistics there with another owner of I think that franchise.  And then there was some type of falling out, and he went to some other companies, he moved.  And then he got a -- he bought his own franchise and started working with me there.  And that was the course of over five years.

Q.      So, just to be clear, before Chris Onate moved and when he lived in Chicago, he was working directly for Trinity Logistics?

A.      Yeah, a franchise of it, yes.

Q.      Okay.  In your experience, is it a common practice for a 3PL to have terms and conditions of service?

A.      Yes.

Q.      Are there any other places or locations other than a specific contract where these terms and conditions of service would be?

A.      Not to my knowledge.

Q.      If there wasn't a specific contract that had the terms and conditions, would you ask that 3PL for a copy of their terms and conditions?

888-893-3767
www.lexitaslegal.com                Lexitas operates in all 50 states and is licensed where required.
                                    Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

A.      No.

Q.      When working with a 3PL, would you expect that there would be some sort of terms and conditions?

A.      Yes.

Q.      Did Alliance have any like policies or procedures regarding a 3PL's terms of services?

A.      No.

Q.      Okay.  So I believe you said that generally you would send out a request for a load pick up and then 3PLs or the asset broker -- asset carriers would provide quotes; is that right?

A.      Uh-huh, that is correct.

Q.      Okay.  And then you would make the decision on which one to use?

A.      Yes.

Q.      Okay.  Tell me about that process?

A.      When I would send out an e-mail the week before, the week before the loads needed to go out, I'd send it out typically Wednesday or Thursday for the following week, and I would have a list of where all the runs would go, and they would provide back the rates.

Then I would look at who had kind of the better pricing and who I trusted the most

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

depending on the load of what materials was on it, and then I would select it that way. And for the most reliable carriers, I whittled my way down to the ones I liked the most so -- and trusted the most.

Q. Okay. That makes sense.

So, when you decided to pick a certain 3PL, what would you do then?

A. Then I would send out a load tender, or a load confirmation, one and the same, and I would send that out to them with the -- confirming the price of the mater -- like the cost of it, the address, the date of pick up, pick up and date, for address, and then the pick up location and, then, the delivery date and delivery location on there. And I would send out that load confirmation in an e-mail to the 3PL, and then they would take care of the rest on their end.

Q. Okay. So once you did that, would there generally be any communications between you and the 3PL before the truck arrived to pick up the load at Alliance?

A. Um, I would ask for carrier information, and then I would -- depending if the carrier had questions, the 3P -- the 3PL would

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

reach out to me, asking me what kind of material is on it, if it's going to be pallets, boxed, however -- if it's oily, non-oily, depending if the driver had a food-grade trailer or not.

Q.    Okay.  And what information would you typically provide about the carrier?

A.    I would ask for the name of the carrier, if they had it on hand, the truck number, company name, trailer number, and then we'd confirm those.

Q.    Okay.  Did the 3PL usually provide a driver name as well?

A.    Sometimes.

Q.    Sometimes.  Okay.  Anything else?

A.    No.

Q.    Before the truck arrived to pick up the load for delivery at Alliance, did you or anyone at Alliance do anything in preparation for the truck coming?

A.    Our warehouse would probably get the load staged, ready to load the truck so they can get them in and out.  That was kind of the preparation.  And then I would given the information over to our scale operator when I would get it.

Q.    I think you mentioned load staging.

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179
EXHIBIT
B
LEXITAS

Who would be responsible for that?

A.    Our warehouse.  So Melvin, Luke, any of our managers would start getting it -- basically telling the staff, the warehouse staff to get it ready and staged to put on the truck, if they were able to.

Q.    Okay.

A.    Depending on room.

Q.    And what information would they receive?

A.    Either driver name, truck name, truck -- trailer number, truck and trailer numbers.

Q.    And who would generally provide this information to them?

A.    Me.

Q.    Okay.  Generally when would you provide this information?

A.    When I would receive it from the broker.

Q.    Would you receive this information from the broker at any particular time or did it just depend on --

A.    It depended.

Q.    -- the load?

A.    It depends.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

EXHIBIT
B


LEXITAS

driver's license?

A.    Yes.

Q.    Okay.  And by that time, was it also a requirement that Alliance wait to load the truck until all the details had been confirmed?

A.    Yes.

Q.    Okay.  After a 3PL arranges for a truck and driver to pick up a load from Alliance, I assume Alliance has to pay the 3PL for that service?

A.    Yes.

Q.    Does Alliance receive invoices for these services?

A.    Yes.

Q.    Who reviewed invoices at Alliance?

A.    Invoices would go to Mike Feinstein, then he would send them on to me to review that the rate was correct.  I would sign off on them and give them back to him and he would pay them.

Q.    Okay.  And what was Mike's roll with Alliance?

A.    Accounts payable.

Q.    Okay.

A.    Or receivable, whatever one pays.

Q.    Okay.  And, then, did you say that

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Mike would then pay the invoices?

A.    Yes.

Q.    And did you say that the only thing that you would confirm on the invoices was the amount?

A.    The amount and dates.

Q.    Do you know if Mike was trained in reviewing invoices for Alliance?

A.    I do not, no.

Q.    Do you know if Alliance has any policies or procedures regarding reviewing or reading invoices?

A.    Um, I would put it into a spreadsheet for that particular load, confirming that -- what the freight confirmation was, and then once I would receive the invoice, I would go back, look, and then sign off on it and make sure everything was matching.

Q.    Okay.

A.    Or go through my e-mail to see if any rates change, there was anything special about it.

Q.    When you left Alliance, do you know if it was still using RWB?

A.    Yes.

Q.    Okay.  What do you know about Trinity

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Logistics?

A.    I know that they're a brokerage, and that I had a relationship with Chris Onate. They're -- a friendly relationship with him.  And got his information from one of our material buyers that used to work with him.

Q.    Do you know when that relationship would have started with Chris Onate?

A.    For myself or the other person?

Q.    For yourself?

A.    Um, sometime after 2020.  So probably, you know, 2021, at some point in there.

Q.    Okay.

A.    I can't remember exactly when I took over trucking.

Q.    Okay.  And from that time on through the remainder of your time, you would work with Chris Onate as like a representative of Trinity Logistics?

A.    Yes, the first time.  And, then, even worked through when he went to another company and then bought his -- or, from my understanding, bought his Trinity Logistics franchise.

Q.    Okay.  And do you remember what that other company's name was?

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B



A.      No.

Q.      So had Alliance been using Trinity Logistics as a 3PL since 2021?

A.      Yes, and with a -- with a big gap in there.  But, yes.

Q.      Okay.  When was the big gap?

A.      I can't remember.  Probably 2022.  And then there was a couple years in there, and then in twenty -- started up when he got his franchise.

Q.      Okay.

A.      In '24.

Q.      Okay.  Can you explain a little bit more why the gap occurred?

A.      I'm not sure why he left Trinity the first time.  So I can't tell you.

Q.      Okay.  But when Chris Onate left Trinity Logistics, Alliance didn't do any more work with Trinity Logistics until Chris came back?

A.      That's correct.

Q.      Okay.  Was there anyone else at Alliance that worked with Chris Onate?

A.      Bill Turnis [ph.] or William Turnis.

Q.      And who is William Turnis?

A.      He's one of our buyers.

Q.      Okay.  And how did he work with Chris?

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

A.    Yes.

Q.    Okay.  And then you would send them back to Mike?

A.    Yes.

Q.    And then he would pay them?

A.    Yes.

Q.    Okay.  Do you know if Alliance ever failed to pay an invoice of Trinity Logistics?

A.    Unknown.

MR. BOSTROM:  Okay.  All right.  I'd like to introduce the next exhibit.  I believe this will be Exhibit 9.  And the Bates label for this exhibit is TL 079 to 80.

(Whereupon, Deposition Exhibit No. 9 was marked for identification, and a copy is attached and hereby made a part of this deposition.)

BY MR. BOSTROM:

Q.    All right.  Ms. Vail, do you recognize this document?

A.    Yes.

Q.    And can you tell me what it is?

A.    It's one of Trinity Logistics' invoices going to Commonwealth Rolled Products or -- in Lewisport, Kentucky, coming from Minneapolis.

EXHIBIT
B

LEXITAS

Q.    Okay.  Great.  And what's the invoice date?

A.    May of -- 24th, 2024.

Q.    And it looks like the load was picked up on May 21st of 2024?

A.    Yes.

Q.    And delivered the next day, on May 22nd, 2024?

A.    Um, it could have been the 22nd or it could have been -- if it was over the weekend, it could have been a Monday.

Q.    Okay.  Okay.  So, from this, it appears that Trinity and Alliance were working together again by May 24?

A.    Yes.

Q.    And, as we just discussed, it looks like the invoice date is just two days after the delivery date, right?

A.    Yes.

Q.    Do you know if that was typical for invoices from Trinity?

A.    Um, honestly, I can't remember. Sometimes it would be a week, two weeks later.  It all depended.

Q.    Okay.  But it would always be after --

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

A.      It would be after.

Q.      -- the delivery date?

A.      Yes, always after.

Q.      Okay.  Can you turn your attention to the -- towards the bottom of the page.  Do you see the following language, "By requesting services from Trinity Logistics, Inc., or otherwise tendering cargo for transportation to be arranged by Trinity, the party requesting such services or otherwise tendering cargo, agrees that Trinity's services are governed by and subject to the then current terms and conditions available at http://www.trinitylogistics.com/termsofservice"?

A.      Uh-huh, yes.

Q.      Do you know if this language was in all of Trinity Logistics' other invoices after this May 24, 2024, date?

A.      I can't confirm that.

Q.      Do you have any reason to doubt that this language was in the other invoices sent to Alliance from Trinity Logistics after May 24, 2024?

A.      No.

Q.      And, then, do you see that the website -- strike that.

        Do you see that there is a hyperlink

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B



to these terms and conditions?

A.     Yes.

Q.     During your time at Alliance, did you ever click this hyperlink?

A.     No.  Because I received paper copies.

Q.     Did you ever notice this language before?

A.     No.

Q.     Did you ever notice the hyperlink?

A.     No.

Q.     Do you know if anyone else at Alliance clicked the hyperlink?

A.     Unknown.

Q.     Do you know if anyone else at Alliance saw this language on the invoice?

A.     Uh, unknown.

Q.     Okay.  Okay.  Let's -- let's turn our attention to the load that's the subject of this lawsuit.  Are you familiar with that load, Ms. Vail?

A.     Yes.

Q.     Tell me about that.

A.     Um, the load came -- the driver came in.  We pulled up on the scale, right at the end of the day.  The carrier name didn't match, but we backed the truck up, started loading, because

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

page 13.  It looks like on -- well, actually, scratch that, strike that.

Before you mentioned that Chris had started a new company and he had moved somewhere; is that right?

A.      Correct.

Q.      Do you know where he moved to?

A.      No.  I don't remember.

Q.      Do you remember if it was anywhere outside of the United States?

A.      I can't remember.

Q.      Okay.  Do you remember with these e-mails that the dates and times were somewhat confusing?

A.      Can you clarify?

Q.      Yeah.  Let me explain that better.

From what I can tell, it looks like Chris Onate and it says Czaryna Generoso were operating from somewhere in the Philippines.  And so it looks like, for the most part, some of these e-mails are U.S. Central Time, where Alliance is located, and, then, some of them are 14 hours ahead, due to the time change?

A.      Uh-huh.

Q.      Does that make sense?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

A.    Yes.

Q.    Okay.  All right.  So do you see the December 10th, 2024, e-mail at 10:28 PM, where you ask for an update on the estimated time arrival for the truck?

A.    Uh-huh, yes.

Q.    Okay.  And who are you sending this to?

A.    Chris and Czaryna, and Corey is cc'd on it.

Q.    Okay.  And given that, the time change that I mentioned, the actual time for this e-mail would have been 8:28 AM Central Time; is that right?

A.    Should be.

Q.    Okay.  Why were you asking for an update on the time arrival for the truck?

A.    Sometimes I would send a friendly reminder in the mornings to get all the information that we needed for these trucks if they did sh -- when they showed up.  Some would show up right away in the morning, some would show up right at the end of the day.

Q.    Okay.  Let's go to page 12.  On the bottom of page 12, do you see an e-mail from

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Czaryna Generoso to you?

A.    Yes.

Q.    And who is Czaryna?

A.    **Chris's co-worker and, I think, girlfriend.**

Q.    Okay.  And had you worked with her before?

A.    **Not until they started their business together.**

Q.    Okay.  And it looks like this e-mail from Czaryna to you was sent at 8:41 AM on December 10th, given the time change?

A.    **Yep, yes.**

Q.    Okay.  And what information does Czaryna's e-mail provide to you?

A.    **Driver, truck number, trailer number, name of the truck, where they're locate -- where they're empty at and going to be coming to pick up, estimated time of pick up, license plate number and VIN number.**

Q.    Okay.  And is this the typical information you'd get from a 3PL about an incoming truck?

A.    **Some of the information.  They provided more.**

Q.    Czaryna provided more --

A.    Yes.

Q.    -- in this case?  Okay.

All right.  Let's move up the page to the next e-mail.  It looks like Czaryna Generoso is e-mailing you at December 10th, 2024, at 10:41 -- I'm sorry, strike that.

All right.  Let's -- Do you see the next e-mail from Czaryna to yourself?

A.    Yes.

Q.    And this e-mail looks like it was sent on December 10th at 10:41 AM?

A.    Yes.

Q.    Okay.  And what is does the e-mail say from Czaryna?

A.    [As read], "Hi, Kelsey!  Updated ETA 11:00 to 12:00.  Thank you."

Q.    Okay.  Let's move to page 11.

A.    (Complying.)

Q.    All right.  And, then, it looks like Czaryna sent you an e-mail on December 10th, 2024, at 11:18 AM; is that right?

A.    Yes.

Q.    And what was the purpose of this e-mail?

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179
EXHIBIT
B

LEXITAS

A.    Carrier information changed.

Q.    And it looks like she said it was change to ensure a better pick-up time?

A.    Yes.

Q.    Okay.  And what's the driver's name for the new information?

A.    Dharam.

Q.    And the truck number?

A.    558.

Q.    And the trailer number?

A.    0617.

Q.    And the name on the truck?

A.    National Reliable.

Q.    Okay.  And it also provided the license plate number and VIN?

A.    Yes.

Q.    Okay.  Okay.  Let's go to the next e-mail on the top of the page.  Do you see an e-mail from yourself to Czaryna at -- sent at -- on the same day, at 12:06 PM?

A.    Yeah, to Chris, Cor -- Chris, Corey, and Czaryna, yeah.

Q.    Yes.  Thank you.  And what does that e-mail say?

A.    "Hey the Truck isn't here yet do you

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

have an update?"

Q.      Do you remember if there was a particular reason you were asking for an update?

A.      Because we're getting closer towards, I think, the end of our day, where the truck wasn't there when they said they would be here.

Q.      Okay.

A.      Yeah.

Q.      Do you know if there was any specific rush or hurry with this particular load?

A.      Yeah.  We wanted to get it out.  We wanted to get our guys out on -- on time, because they weren't allowed to do overtime.

Q.      Okay.  All right.  Let's move to page 10.  All right.  Starting at the e-mail at the bottom of the page, do you see an e-mail sent by Czaryna to yourself, Chris, and cc'ing Corey that was sent at 12:40 PM that day?

A.      Yes.

Q.      And it looks like Czaryna is providing an update that the truck and driver are getting gas and that they'll be there in 30 minutes?

A.      Yes.

Q.      Okay.  And, then, it looks like in the e-mail above that you replied on -- about a half an

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

hour later asking for an update from Czaryna?

A.    Yes.

Q.    And this was because the truck hadn't yet arrived?

A.    Correct.

Q.    Okay.  Then, at the top of the page, do you see an e-mail from Czaryna saying that the driver is six miles away?

A.    Yes.

Q.    And that Czaryna would keep you posted?

A.    Yes.

Q.    Let's move to page 9.  All right.  Do you see the e-mail from yourself to Czaryna and Chris from the same date, at 1:31 PM?

A.    Yes.

Q.    And what do you say in that e-mail?

A.    "Can I have another update please."

Q.    Okay.  So the truck hadn't arrived by 1:31 PM?

A.    Correct.

Q.    All right.  Moving to the next e-mail above, it looks like Czaryna sent an e-mail to you and Chris the same day at 1:40 PM; is that right?

A.    Correct.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

**EXHIBIT B**

LEXITAS

Q.    And what does that e-mail say?

A.    [As read], "Tracking has placed him on site.  Is he there?  Nationer Re -- National Reliable on the truck."

Q.    Okay.  And do you know if at the time that e-mail was sent if the truck was, in fact, at Alliance?

A.    I do not know.

Q.    Okay.  Do you remember receiving this e-mail?

A.    One of many, yes.

Q.    Okay.  All right.  We're going to take a quick break from that exhibit.  All right.  I would like to introduce the next exhibit.

MR. BOSTROM:  Are we at Exhibit 11 now?

THE COURT REPORTER:  Yes.

MR. BOSTROM:  Exhibit 11.  This exhibit covers TL 003 back to TL 001.

(Whereupon, Deposition Exhibit No. 11 was marked for identification, and a copy is attached and hereby made a part of this deposition.)

BY MR. BOSTROM:

Q.    Okay.  Ms. Vail, can you turn your attention to the last page of this exhibit?  And in

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B



the middle of that page, do you see the same e-mail from Czaryna to you that we talked about, sent at 1:40 PM?

A.    Yes.

Q.    And in that e-mail she told you that tracking had placed the driver on-site and asking if he was there?

A.    Yes.

Q.    And in the same e-mail she also noted that National Reliable was on the truck?

A.    Yes.

Q.    And what does that mean that National Reliable was on the truck?

A.    **It should have stated on the truck National Reliable.**

Q.    Okay.  Because National Reliable was the carrier?

A.    Yes.

Q.    Okay.  All right.  And, then, the e-mail above that, do you see an e-mail from yourself to Czaryna and Chris?

A.    Yes.

Q.    And what does that say?

A.    **It says, "Hey Guys, It states Legacy on the side of his truck is that correct?"**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B



Q.    Okay.  And can you see in the right top corner that this e-mail was sent at 1:41 PM?

A.    Yes.

Q.    Okay.  So that was one minute after Czaryna e-mailed you telling -- asking if the truck was on-site?

A.    **Stating the truck was on-site.**

Q.    Yep.

A.    **Yep.**

Q.    Okay.  How did you learn that the sides of the truck stated Legacy?

A.    **I got that information from our scale operator, Luke.**

Q.    Okay.  Do you remember if that was in an e-mail?

A.    **I can't remember.**

Q.    Okay.  And do you know when he would have learned that information?

A.    **When he checked the truck in.**

Q.    On the scale?

A.    **Yes.**

Q.    Okay.  All right.  Let's return to the previous exhibit, if you would.  Let's go to page 8.  On the bottom of page 8, do you also see that you sent an e-mail to Czaryna and Chris at

888-893-3767
www.lexitaslegal.com    Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

1:41 PM?

A.    Yes.

Q.    And what does that e-mail say?

A.    "And The truck number is 2030."

Q.    Okay.  So, at 1:41 PM, on December 10, did you know that the carrier's name on the side of the truck didn't match the carrier's name given by Trinity?

A.    Yes.

Q.    And at that time did you also know that the truck number on this truck didn't match the one provided by Trinity?

A.    Yes.

       And I do want to make a correction. Our warehouse was done loading stuff at 2:30. Their hours were different.

Q.    Okay.

A.    Yep.

Q.    Thank you.

A.    Uh-huh.

Q.    Once you sent these e-mails at 1:41 PM, do you remember what you did next?

A.    Um, I said go ahead to our scale operator, we can start loading and wait until we get the correct information, so they wouldn't be

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

doing, pushing overtime, because we wanted to get this load out and it was difficult to reschedule.

Q.    Okay.  And do you remember at what time you told the scale operator to go ahead?

A.    No, I do not.

Q.    Okay.  Did you consult with anyone at Alliance before deciding to go ahead with the load?

A.    No.

Q.    Okay.  And, then, also on page 8, above that last e-mail, do you see an e-mail from Chris Onate addressed to you and Czaryna?

A.    Yes.

Q.    Okay.  And I know that the time on this e-mail says 14:48.

A.    Uh-huh.

Q.    But do you know what time that actually was received?

A.    Probably 2:48 PM, Central Time.

Q.    And what was the time of the e-mail right before that?

A.    1:41 PM, Central.

Q.    Okay.  And, then, this one is 2:48, correct?

A.    Correct.

Q.    Okay.  And, then, moving up to the

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179
EXHIBIT
B

LEXITAS

e-mail above it --

A.    Uh-huh.

Q.    -- on 84 and 85, that e-mail says 2:21 PM, right?

A.    Yes.

Q.    Okay.

A.    That's a weird layout.

Q.    Yeah.  I apologize.  It's a little messy.

Can you read for me the December 10th, 2024, 2:21 PM e-mail from Chris to you and Czaryna?

A.    Yep.  [As read], "I spoke to our compliance team and had them take a look at the lease agreement that this carrier sent in to say Legacy is leased under them.  As per compliance, I would be -- it would be best to air [sic] on the side of caution and I do agree with compliance on this.  I will have a recovery truck for you tomorrow."

Q.    Okay.  And, then, can you read the December 10th, 2024, 14:48 e-mail right below it?

A.    Um, "I'm waiting on the lease agreement that will state that this truck is valid to run under that MC.  Please standby."

Q.    Okay.  Of those last two e-mails, can

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B



you tell me which one was sent first?

A.    The December 10th, 2024, 14:48.

Q.    Okay.  So is it possible that that e-mail was actually sent at 1:48 PM?

A.    Do not -- don't know.  It could be.

Q.    Okay.  But it was sent before the 2:21 PM e-mail?

A.    Yes.

Q.    Okay.  Okay.  Let's go back to the December 10th, 14:48 e-mail on the middle of page 8.  Chris Onate said that he's looking at the lease to see if the truck is valid, and then he says to stand by; is that right?

A.    Correct.

Q.    Do you remember when you saw this e-mail?

A.    I saw it after, after we loaded him and the truck was on his way, because he took forever to respond.

Q.    Who took forever to respond?

A.    Chris and Czaryna.

Q.    If this e-mail was sent at 1:48 PM, that would have only been seven minutes after your last e-mail, right?

A.    Correct.

888-893-3767
www.lexitaslegal.com                Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Q.    Okay.  But it's your testimony that you didn't see this e-mail until the truck had left?

A.    Yes, that's correct.

Q.    Okay.  Okay.  And, then, going to the 2:21 PM e-mail above, you see that Chris stated that the compliance team and, then, he himself recommended erring on the side of caution, right?

A.    Correct.

Q.    And Chris said that he would get a recovery truck the next day?

A.    Yes.

Q.    And do you remember when you saw this e-mail?

A.    Um, I think it was right when he sent it.

Q.    Okay.  So around 2:21 or so?

A.    Yeah, or right when I sent the next e-mail, at 2:25.

Q.    Going back to the e-mail in which Chris said to stand by, do you remember if you saw that before you saw the -- his second e-mail at 2:21 PM?

A.    Um, I remember seeing the stand by and, then, the second one, but I don't remember the

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

order that I saw it in.

Q.    Okay.

A.    Yeah.

Q.    But just to be clear, you said that you didn't see either e-mail until the truck had left?

A.    Correct.

Q.    Okay.  Let's go to the next e-mail, sent by you to Chris Onate at 2:25 PM on December 10th.  Do you see that e-mail?

A.    At 2:20?

Q.    2:25?

A.    On December 11th?

Q.    Sorry.  It's the time change again.

A.    Oh, yeah, December 10th, yep.

Q.    And what did you say to Chris in that e-mail?

A.    [As read], "Hey Chris, I we loaded the -- loaded the guy and have a copy of his ID. This was a new customer and we couldn't do a reschedule sadly."

Q.    Okay.  Can you tell me why Alliance couldn't do a reschedule?

A.    Because it was a load that was needed down there for the refinery.  They were just

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179
EXHIBIT
B
LEXITAS

difficult to schedule with.

Q. Okay. So did you feel pressured to get the load on its way that day?

A. Yes.

Q. Why did you tell Trinity Logistics the truck number and the carrier name on the side of the truck?

A. Because it didn't match.

Q. And why was that important?

A. Because it needed to match to make sure that we have the correct information and we sending it on the right way, and it was very normal for carriers not to have their correct information and I would have to go back and forth a couple times.

Q. Okay. So were you looking for Chris and Czaryna to --

A. Confirm.

Q. -- confirm whether the truck was valued?

A. Yes.

Q. But due to time constraints, you didn't end up waiting for their confirmation, right?

A. Correct.

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F – California Firm Registration #179

EXHIBIT
B



Q.    Okay.  After you and the scale operator, Luke Guertz, initially had a conversation about the name on the side of the truck and the truck number not matching, did you have any discussions with anyone at Alliance while the truck was still there about that?

A.    No.

Q.    Did you tell the warehouse manager, Melvin, that the truck number and carrier name didn't match?

A.    I can't remember.

Q.    Okay.

A.    I don't think I did.

Q.    While the truck was at Alliance, was Corey Kvasnick, was he aware that the carrier name and the truck numbers didn't match?

A.    Can't remember.

Q.    Is this something that you would generally mention to him if there was a discrepancy?

A.    No, not normally, because it happened all the time.

Q.    Okay.  After you sent the two e-mails to Chris and Czaryna at 1:41 PM about the name on the side of the truck and the truck number, do you

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

remember what you did before the -- the driver came into the office?

A.    I was working with probably other carriers or setting up other things, but I don't remember --

Q.    Okay.

A.    -- what I was doing.

Q.    Do you remember if you were at your desk or not?

A.    I don't remember.

Q.    Okay.  What can you tell me about the driver coming into the office?

A.    He came into -- he asked if he could fill up his water kettle, and I let him in, and he was very polite and filled up and was on his way after I gave him his paperwork.  He signed for his paperwork and then left.

Q.    Okay.  And did you get a copy of his ID?

A.    Yes.

Q.    When he gave you a copy of his ID, did you look at the information on that to compare it to information provided by Trinity about the truck and driver?

A.    I can't remember.

888-893-3767
www.lexitaslegal.com    Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179    EXHIBIT B    LEXITAS

Q.    Is that something you would normally do?

A.    No.  Because Luke normally did it ahead of me.  So I trusted him.

Q.    Sorry.  What did Luke normally do?

A.    He would confirm that information after I sent it on to him, he would talk to the driver personally.

Q.    Okay.  But Luke wouldn't have a copy of the driver's --

A.    No.

Q.    -- ID?

A.    Unless I wasn't available, he would get a copy of it.

Q.    Okay.

A.    Yep.

MR. BOSTROM:  All right.  I'd like to introduce the next exhibit, should be Exhibit 12.

(Whereupon, Deposition Exhibit No. 12 was marked for identification, and a copy is attached and hereby made a part of this deposition.)

BY MR. BOSTROM:

Q.    Okay.  Ms. Vail, do you recognize this document?

A.    Yes.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Q.    Can you tell me what it is?

A.    Temporary commercial driver's license for Ahmed Siraj Osman, the driver of the truck.

Q.    Okay.  And is this the license that you got a copy of --

A.    Yes.

Q.    -- when he came into the office?

A.    Yes.

MR. BOSTROM:  Okay.  I'd like to introduce Exhibit 13, which is Bates labeled TL 021.

(Whereupon, Deposition Exhibit No. 13 was marked for identification, and a copy is attached and hereby made a part of this deposition.)

BY MR. BOSTROM:

Q.    And do you recognize this document?

A.    Yes.

Q.    And what is this document?

A.    This is the bill of lading.

Q.    Okay.  So this is the bill of lading for the load for the December 10th truck and driver?

A.    Yes.

Q.    Okay.

A.    And with the sticky note of the

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

driver's phone number on it.

Q.   Okay.  Is that something that you got from the driver himself?

A.   That was something I got from our scale operator after we knew the load was stolen. So I scanned in the document and provided this to police, to the authorities, with his phone number and the bill of lading information.

Q.   Okay.  And whose signature is on this document?

A.   Osman's.

Q.   And that's the truck driver?

A.   Correct.

Q.   Okay.  So, after he signed this document, you made copies; is that correct?

A.   Correct.

Q.   Okay.  And then the driver took his copy and left Alliance?

A.   Yes.

Q.   Okay.  And at this point, would you also give the driver the seal?

A.   Yes.

Q.   Okay.  And how did Alliance ensure that the driver put the seal on?

A.   We'd watch the driver in the window,

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B


LEXITAS

or I would --

Q.    Okay.

A.    -- put the seal on.

MR. BOSTROM:  All right.  I'd like to introduce Exhibit 14.

THE COURT REPORTER:  Yes.

MR. BOSTROM:  Thank you.

(Whereupon, Deposition Exhibit No. 14 was marked for identification, and a copy is attached and hereby made a part of this deposition.)

BY MR. BOSTROM:

Q.    Ms. Vail, do you recognize this document?

A.    Never seen it.

Q.    Okay.  What's the title of this document?

A.    Rate Confirmation - Trinity Logistics, Reference #8658214.

Q.    Okay.  Does this rate confirmation seem to be for the load that's the subject of this lawsuit?

A.    Yes.  Well, it says Wolverine on it, so -- Wolverine Tube for the location.

Q.    Okay.  And do you see the date and time towards the top?

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B



A.       What area?

Q.       On the left-hand side, right below shipment, customer reference number, and bill of lading number?

A.       Yes.

Q.       And what's the date and time listed?

A.       December 10th, 2024, 13:22.

Q.       Okay.  Is this something that you would generally receive from Trinity?

A.       No, never.

Q.       Do you know who -- if there was anyone at Alliance who would?

A.       No.

Q.       Okay.  All right.  We can move on from that exhibit.  Would you mind grabbing the -- the license again, and, then, can you also grab the -- the e-mail exchange, the -- the white one rather than the black one?

A.       [Witness complying.]

Q.       Great.  And you -- can you go to page 11 of that document?

A.       Uh-huh.

Q.       Okay.  And on page 11 of that document, do you see the -- the driver's name listed --

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

A.      Yes.

Q.      -- that was provided by Czaryna?

A.      Yes.

Q.      And what was that name?

A.      Dharam.

Q.      Okay.  And, then, what is the name of the driver listed on the -- the license?

A.      Ahmed Siraj Osman.

Q.      Okay.  So those are different names?

A.      Correct.

MR. BOSTROM:  Okay.  Do you want to take a lunch break or do you want to just keep going through?  I probably have like an hour to two hours.

MR. ARMSTRONG:  That's probably a pretty relevant distinction, but I'll defer to you guys.  It doesn't matter to me.

THE WITNESS:  It doesn't matter to me. I can keep going.

MR. BOSTROM:  Okay.

THE WITNESS:  Great.

MR. BOSTROM:  We can keep going, just let me know if you need a break.

THE WITNESS:  Okay.

THE VIDEOGRAPHER:  Aaron, I do need to

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

change the video file.

MR. BOSTROM:  Okay.

THE VIDEOGRAPHER:  Maybe take a short break right now?

MR. BOSTROM:  Sure.

THE VIDEOGRAPHER:  Is that all right?

MR. BOSTROM:  Yeah.

THE VIDEOGRAPHER:  Let's go off the record.  The time is 12:39 p.m., 12:39 p.m.  Off the record.

(Break from 12:39 to 12:46.)

THE VIDEOGRAPHER:  We are back on the record.  And the time is 12:46 p.m.

MR. BOSTROM:  All right.  I'm pulling up what has been previously marked as Exhibit 2, ALLIANCE Bates Number 126.

(Reporter's Note:  Video is being playing.)

BY MR. BOSTROM:

Q.    Ms. Vail, can you see the video on the screen?

A.    Yes.

Q.    And do you recognize the truck on screen?

A.    Yes.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

EXHIBIT
B

 LEXITAS

report and investigation?

A.    No.

Q.    Okay.

A.    I just know it was ongoing.

Q.    Do you know what eventually happened to the load?

A.    Um, no idea what happened to the load.

Q.    But Alliance never recovered it?

A.    Never recovered it.

Q.    Okay.  Were any other police contacted other than the Minneapolis Police Department?

A.    I know the FBI was contacted, and that was it, by the detective.

Q.    Okay.

A.    And I think he reached out to Carthage, Missouri, as well.

Q.    Okay.

A.    The officer did.

Q.    Do you remember if Chris Onate called the Meeker Police trying to recover the truck?

A.    Oh, yes, yep.  We did reach out to the Meeker Police, because that was the last place that we knew that the truck was at.  And they said it was at -- and it was a small town.  So the officers drove the entire town and could not find the -- the

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

vehicle.

Q.    Okay.  And do you know what state Meeker was in?

A.    I think it was in Missouri.  It was on the border, I think.

Q.    Okay.  But Chris helped to reach out to the Meeker Police?

A.    Yes.

Q.    Okay.  Do you have any complaints about Chris Onate or Czaryna Generoso in regards to this load?

A.    No.

MR. BOSTROM:  All right.  I'd like to introduce Exhibit 16, which is Bates labeled ALLIANCE 028.

(Whereupon, Deposition Exhibit No. 16 was marked for identification, and a copy is attached and hereby made a part of this deposition.)

BY MR. BOSTROM:

Q.    Do you recognize the e-mail at the top of this page?

A.    Yes.

Q.    And it looks like it was sent from you to Charles Greaves on January 10th, 2025?

A.    Correct.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

Q.    Okay.  So this was about a month after the theft of that load?

A.    Yes.

Q.    Okay.  And who is Charles Greaves?

A.    He's the detective, Minneapolis Police Department detective.

Q.    Okay.  So a month later you were still coordinating with the police?

A.    Yes.

Q.    Okay.  Can you tell me more about how you were coordinating with the police during this time?

A.    I was trying to provide any information that I could to them, and there was a question about the tracking and the truck.  I was advising him that sometimes these trackers haven't been super effective on finding where things are at.

For example, as it states in here [as read], "For example: I had a truck that showed on the -- showed on the tracking that it arrived at our facility to be loaded.  But none of the drivers information matched (Wrong truck number, Trailer number).  The Broker found out the MC number was stolen and the actual physical truck that we were supposed to load was located somewhere in Virginia.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

EXHIBIT
B

LEXITAS

STATE OF MINNESOTA    )
                      )ss.            CERTIFICATE
COUNTY OF DAKOTA      )

     BE IT KNOWN that I, Jean F. Soule, Registered Professional Reporter, took the foregoing deposition of KELSEY VAIL;

     That the witness, before testifying, was by me first duly sworn to testify the whole truth and nothing but the truth relative to said cause;

     That the testimony of said witness was recorded in shorthand by me and was reduced to typewriting under my direction to the best of my ability;

     That the foregoing deposition is a true record of the testimony given by said witness;

     That the reading and signing of the foregoing deposition by the said witness were not waived by the witness and respective counsel;

     That I am not related to any of the parties hereto, nor an employee of them, nor interested in the outcome of the action;

     That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

     WITNESS MY HAND AND SEAL this 17th day of October 2025.

                    _Jean F. Soule_

                    JEAN F. SOULE
                    Notary Public-Minnesota
                    My Commission Expires Jan. 31, 2030

                    JEAN F. SOULE, Notary Public, RPR

888-893-3767
www.lexitaslegal.com          Lexitas operates in all 50 states and is licensed where required.
                              Nevada Registration #116F  -  California Firm Registration #179

EXHIBIT
B

LEXITAS