**Gina Sapia**

---

| | |
|---|---|
| **From:** | Kelsey Vail |
| **Sent:** | Friday, December 20, 2024 9:37 AM |
| **To:** | Corey kvasnick |
| **Subject:** | FW: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024 |
| **Attachments:** | contracts_agreements_lease_vehicle_leasing_truck_lease_agreement.pdf |

---

**From:** Chris Onate <chris.onate@trinitylogistics.com>
**Sent:** Thursday, December 12, 2024 1:56 PM
**To:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>; Kelsey Vail <kelseyV@alliancesteelco.com>; Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Best,

## Chris Onate • Managing Owner | Operations

Lancaster, CA - Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter
***Please reply all when replying to emails.***



---

**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Sent:** Thursday, December 12, 2024 06:30
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>; Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Good morning, Kelsey!

The driver is in a truck stop nearby and will be delivering the load the moment the receiver opens at 07:00.

Thank you 🟠 ⠂⠂ ☺

## Czaryna Generoso • Managing Owner | Tracking

Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189

1

EXHIBIT
**D**

ALLIANCE 000077

trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Date:** Thursday, December 12, 2024 at 3:06 AM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>, Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Hi, Kelsey!

Here is the proof of the seal intact.

2

**EXHIBIT**
**D**

ALLIANCE 000078



**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter

AUTHORIZED AGENCY
**TRINITY**
A BURRIS LOGISTICS COMPANY

**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Date:** Thursday, December 12, 2024 at 2:28 AM

3

EXHIBIT
**D**

ALLIANCE 000079

**To:** Kelsey Vail <kelseyV@alliancesteelco.com>, Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Hi, Kelsey!

We received an update from the carrier stating that he is having tire issues. Please see the attached photo. He is currently getting repaired, but this will put him two hours behind schedule. Currently, he is in Carthage, MO. We will keep you posted as he progresses with the load.

Thank you

**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Date:** Thursday, December 12, 2024 at 12:44 AM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>, Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

This is noted. Thank you!

**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



**From:** Kelsey Vail <kelseyV@alliancesteelco.com>
**Date:** Thursday, December 12, 2024 at 12:41 AM
**To:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>, Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** RE: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Please see response from receiver.

4

EXHIBIT
D

ALLIANCE 000080

Hi Kelsey,
He would possibly get unloaded today if not tomorrow for sure.

Best Regards,
Kelsey Vail



**81 Saint Anthony Parkway | Minneapolis, MN | 55418**
**o: 612-588-2721 | c: 763-242-8184 | f: 612-781-7509 | ext: 118**

[*Non-ferrous warehouse address*: 81 St. Anthony Parkway | Minneapolis, MN 55418 | o: 612-788-0330

This E-mail may contain material that is confidential and is for the sole use of the intended recipient. Any review, printing, reliance on or distribution by others, or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.

---

**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Sent:** Wednesday, December 11, 2024 7:07 AM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>; Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Good morning, Kelsey!

Tracking update:

The driver said he is waiting on his hours at Kansas City, MO and will be back on the road by 09:00. He said his ETA will be from 14:00 – 14:30. Will the receiver be able to take him if ever he arrives past 14:30?

**EXHIBIT
D**

ALLIANCE 000081



**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Date:** Wednesday, December 11, 2024 at 8:17 PM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>, Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Tracking update:

Load 40596 is currently in Kansas City, MO. We will let you know once it is delivered.

EXHIBIT
D

ALLIANCE 000082

Thank you 🟠 ･ ･ ☺

**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van | Reefer | Dray | Flatbed | Box Truck | Sprinter



---

**From:** Kelsey Vail <kelseyV@alliancesteelco.com>
**Date:** Wednesday, December 11, 2024 at 4:25 AM
**To:** Chris Onate <chris.onate@trinitylogistics.com>, Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Subject:** RE: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Hey Chris,

I we loaded the guy and I have a copy of his ID. This was a new customer and we couldn't do a reschedule sadly.

Best Regards,
Kelsey Vail



**81 Saint Anthony Parkway | Minneapolis, MN | 55418**
**o: 612-588-2721 | c: 763-242-8184 | f: 612-781-7509 | ext: 118**

[*Non-ferrous warehouse address*: 81 St. Anthony Parkway | Minneapolis, MN 55418 | o: 612-788-0330

This E-mail may contain material that is confidential and is for the sole use of the intended recipient. Any review, printing, reliance on or distribution by others, or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.

---

**From:** Chris Onate <chris.onate@trinitylogistics.com>
**Sent:** Tuesday, December 10, 2024 2:21 PM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>; Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Hi Kelsey,

**EXHIBIT
D**

ALLIANCE 000083

I spoke to our compliance team and had them take a look at the lease agreement that this carrier sent in to say Legacy is leased under them. As per compliance, it would be best to air on the side of caution and I do agree with compliance on this. I will have a recovery truck for you tomorrow.

Best,

## Chris Onate • Managing Owner | Operations
Lancaster, CA - Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter
***Please reply all when replying to emails.***



**From:** Chris Onate <chris.onate@trinitylogistics.com>
**Sent:** Tuesday, December 10, 2024 14:48
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>; Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

I'm waiting on the lease agreement that will state that this truck is valid to run under that MC. Please standby.

Best,

## Chris Onate • Managing Owner/Operations
Lancaster, CA- Authorized Agency
t (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter
***Please reply all when replying to emails.***



**From:** Kelsey Vail <kelseyV@alliancesteelco.com>
**Sent:** Wednesday, December 11, 2024 3:41:34 AM
**To:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>; Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** RE: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

8

EXHIBIT
D

ALLIANCE 000084

And The truck number is 2030

**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Sent:** Tuesday, December 10, 2024 1:40 PM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>; Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Tracking has placed him on site. Is he there? National Reliable on the truck.

**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



**From:** Kelsey Vail <kelseyV@alliancesteelco.com>
**Date:** Wednesday, December 11, 2024 at 3:31 AM
**To:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>, Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** RE: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Can I have another update please.

Best Regards,
Kelsey Vail



**81 Saint Anthony Parkway | Minneapolis, MN | 55418**
**o: 612-588-2721 | c: 763-242-8184 | f: 612-781-7509 | ext: 118**

[*Non-ferrous warehouse address*: 81 St. Anthony Parkway | Minneapolis, MN 55418 | o: 612-788-0330

This E-mail may contain material that is confidential and is for the sole use of the intended recipient. Any review, printing, reliance on or distribution by others, or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.

**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Sent:** Tuesday, December 10, 2024 1:16 PM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>; Chris Onate <chris.onate@trinitylogistics.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

EXHIBIT
D

ALLIANCE 000085

Driver said he is 6 miles away. Will keep you posted.

**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



**From:** Kelsey Vail <kelseyV@alliancesteelco.com>
**Date:** Wednesday, December 11, 2024 at 2:40 AM
**To:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>, Chris Onate
<chris.onate@trinitylogistics.com>
**Subject:** RE: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Update?

**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Sent:** Tuesday, December 10, 2024 12:10 PM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>; Chris Onate <chris.onate@trinitylogistics.com>
**Cc:** Corey kvasnick <Coreyk@alliancesteelco.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Hello! They're getting gas and will be there in 30 minutes.

**Czaryna Generoso • Managing Owner**

Lancaster, CA – Authorized Agency

t (661) 506-1189

trinitylogistics.com

FTL & LTL Services

Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



10

EXHIBIT
D

ALLIANCE 000086

**From:** Kelsey Vail <kelseyV@alliancesteelco.com>
**Sent:** Wednesday, December 11, 2024 2:06:33 AM
**To:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>; Chris Onate <chris.onate@trinitylogistics.com>
**Cc:** Corey kvasnick <Coreyk@alliancesteelco.com>
**Subject:** RE: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Hey the Truck isn't here yet do you have an update?

Best Regards,
Kelsey Vail



**81 Saint Anthony Parkway | Minneapolis, MN | 55418**
**o:** 612-588-2721 | **c:** 763-242-8184 | **f:** 612-781-7509 | **ext:** 118

[**Non-ferrous warehouse address**: 81 St. Anthony Parkway | Minneapolis, MN 55418 | o: 612-788-0330

This E-mail may contain material that is confidential and is for the sole use of the intended recipient. Any review, printing, reliance on or distribution by others, or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.

---

**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Sent:** Tuesday, December 10, 2024 11:18 AM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>; Chris Onate <chris.onate@trinitylogistics.com>
**Cc:** Corey kvasnick <Coreyk@alliancesteelco.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Hi, Kelsey!

We switched carriers to ensure better on time pick-up. Driver details are as follows:

Driver: Dharam
Truck Number: 558
Trailer Number: 0617
Name on truck: National Reliable
Empty City and State: Minneapolis, MN
Time: Empty
ETA: 12:00
License Plate Number: 4587 TN
Vin: 4V4NC9EH1JN889089

Thank you  · · ☺

**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services

| EXHIBIT D |
|---|

ALLIANCE 000087

Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Date:** Wednesday, December 11, 2024 at 12:41 AM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>, Chris Onate <chris.onate@trinitylogistics.com>
**Cc:** Corey kvasnick <Coreyk@alliancesteelco.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Hi, Kelsey!

Updated ETA is 11:00 – 12:00

Thank you

**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



**From:** Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Date:** Tuesday, December 10, 2024 at 10:41 PM
**To:** Kelsey Vail <kelseyV@alliancesteelco.com>, Chris Onate <chris.onate@trinitylogistics.com>
**Cc:** Corey kvasnick <Coreyk@alliancesteelco.com>
**Subject:** Re: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Good morning, Kelsey!

Driver details are as follows:

Driver: Parveen
Truck Number: 08
Trailer Number: 1025
Name on truck: CASIM
Empty City and State: Saint Paul, MN
Time: 08:00 - 09:00
ETA: 10:00 - 11:00
License Plate Number: ELJ9328
Vin: 1UYVS2536P3872322

12

**EXHIBIT D**

ALLIANCE 000088

Thank you 🟠 ·· ☺

**Czaryna Generoso • Managing Owner | Tracking**
Lancaster, CA – Authorized Agency
Main: (661) 506-1183 | Direct: (661) 506-1189
trinitylogistics.com
FTL & LTL Services
Dry Van|Reefer|Dray|Flatbed|Box Truck|Sprinter



**From:** Kelsey Vail <kelseyV@alliancesteelco.com>
**Date:** Tuesday, December 10, 2024 at 10:28 PM
**To:** Chris Onate <chris.onate@trinitylogistics.com>, Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Cc:** Corey kvasnick <Coreyk@alliancesteelco.com>
**Subject:** RE: ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Good Morning,

What is the ETA for this truck?

Best Regards,
Kelsey Vail



**81 Saint Anthony Parkway | Minneapolis, MN | 55418**
**o: 612-588-2721 | c: 763-242-8184 | f: 612-781-7509 | ext: 118**

[*Non-ferrous warehouse address*: 81 St. Anthony Parkway | Minneapolis, MN 55418 | o: 612-788-0330

This E-mail may contain material that is confidential and is for the sole use of the intended recipient.  Any review, printing, reliance on or distribution by others, or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.  Thank you.

---

**From:** Kelsey Vail
**Sent:** Thursday, December 5, 2024 3:05 PM
**To:** Chris Onate <chris.onate@trinitylogistics.com>; Czaryna Generoso <czaryna.generoso@trinitylogistics.com>
**Cc:** Corey kvasnick <Coreyk@alliancesteelco.com>
**Subject:** ARG SO# 40596 (MPLS -> Shawnee, OK ) --- PU 12/10/2024

Please get us an ETA the night before pickup, and again first thing in the morning. Thank you and let us know if you need ar

**EXHIBIT**
**D**

ALLIANCE 000089

| | |
|---|---|
| **Agreed Upon Rate:** | $1875.00 |
| | |
| **Pickup Customer:** | Alliance Recycling Group |
| **Pickup Address:** | 81 St. Anthony PKWY |
| | Minneapolis, MN 55418 |
| | |
| **Contact Phone:** | 612-788-0330 |
| **Pickup Date:** | 12/10/2024 |
| **Pickup Hours:** | 6:30 AM - 1:30 PM |
| **ARG Reference#:** | SO # 40596 |
| **Special Instructions:** | N/A |
| | |
| **Delivery Customer:** | Bison Metal Technologies |
| **Delivery Address:** | 41600 Wolverine Road |
| | Shawnee, OK 74804 |
| | |
| **Contact Phone:** | N/A |
| **Delivery Date:** | 12/11/2024 |
| **Delivery Hours:** | 7:00 AM – 2:30 PM FCFS |
| **Appt Time:** | N/A |
| **Appt Number:** | N/A |
| **Delivery Reference#:** | PO# 209376 |
| **Weight//Packaging:** | 44,000lbs Gross; Box//Pallet//Baled; **NO REEFER TRA** |
| **Special Instructions:** | |

Best Regards,
Kelsey Vail



**81 Saint Anthony Parkway | Minneapolis, MN | 55418**
**o: 612-588-2721 | c: 763-242-8184 | f: 612-781-7509 | ext: 118**

[**Non-ferrous warehouse address**: 81 St. Anthony Parkway | Minneapolis, MN 55418 | o: 612-788-0330

This E-mail may contain material that is confidential and is for the sole use of the intended recipient.  Any review, printing, reliance on or distribution by others, or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.  Thank you.

14

EXHIBIT
**D**

ALLIANCE 000090